**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-1334 PSG (OPx) | Date | Sept. 2, 2011 |
|---|---|---|---|
| Title | Tiles 4 Less, Inc. v. Michael John Philion | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):            Attorneys Present for Defendant(s):

　　　　Not Present                                           Not Present

**Proceedings:**     **(In Chambers) Order REMANDING case to state court**

　　On August 22, 2011, Defendant Michael John Philion ("Defendant") filed a notice of removal of an unlawful detainer action brought by Plaintiff Tiles 4 Less, Inc. ("Plaintiff").  After reviewing Defendant's notice of removal and the underlying complaint, the Court finds that it lacks subject matter jurisdiction over this case.  *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004) (observing that a court is required to consider *sua sponte* whether it has subject matter jurisdiction).

　　The Court recently rejected Defendant's first attempt to remove this matter to federal court, reasoning that there was no federal question asserted in the operative pleading, the parties were not diverse, and the amount in controversy was not satisfied.  *See Tiles 4 Less, Inc. v. Michael John Philion*, ED CV 11-0974 PSG (Opx), Dkt. # 9 (July 1, 2011).  For the same reasons set forth in that Order, the Court finds that it lacks subject matter jurisdiction over this matter and therefore REMANDS the case.

　　**IT IS SO ORDERED.**